IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH HANNAH GOODMAN, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-18-3138 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 33) dated January 22, 2020,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 11th day of February, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.